Not for Publication in West's Federal Reporter

# United States Court of Appeals
## For the First Circuit

No. 11-2214

JOHN WHITNEY,

Petitioner, Appellant,

v.

LUIS SPENCER,

Respondent, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Mark L. Wolf, U.S. District Judge]

Before

Lynch, Chief Judge,
Lipez and Howard, Circuit Judges.

Joseph F. Krowski for appellant.

Amy L. Karangekis, Assistant Attorney General, with whom Martha Coakley, Attorney General of Massachusetts, was on brief, for appellee.

August 30, 2012